## CHICAGO & SOUTHEASTERN RAILWAY COMPANY ET AL. v. GRANTHAM.

[No. 4,883. Filed December 15, 1905.]

From Clinton Circuit Court; *James V. Kent*, Judge.

Action by James F. Grantham against the Chicago & Southeastern Railway Company and others. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*U. C. Stover* and *A. C. Harris*, for appellants.

*T. E. Ballard* and *Clodfelter & Fine*, for appellee.

PER CURIAM.—The matters involved in this cause are substantially like those decided by the Supreme Court in *Chicago, etc., R. Co.* v. *Grantham* (1905), 165 Ind. 279, and upon the authority of that decision the appeal of the appellant Theodore P. Davis, trustee, is dismissed, and the judgment is affirmed.